KENNETH LEE GROVE, Plaintiff-Appellee, *v.* MARY AGNES GROVE, a/k/a MARY AGNES CUNNINGHAM, Defendant-Appellant.

(No. 70-10;

Fifth District—May 12, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE GEORGE J. MORAN.

J. C. Shumaker, of Olney, for appellant.

Charles R. Vaughn, of Olney, for appellee.